IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK MICHAEL ALLEN, SR.,       )
                                  )
            Plaintiff,            )
                                  )
      v.                          )      1:20CV657
                                  )
AMAZON CORPORATION, et al.,       )
                                  )
            Defendants.           )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 30, 2021, was served on the parties in this action. (Text Order and Recommendation dated Sept. 29, 2021; Doc. 7.) Plaintiff objected to the Recommendation. (Doc. 8.)

The objections fail to specifically challenge any aspect of the Recommendation. Nevertheless, the court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the federal claims in this action are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and that the state claims in this action are DISMISSED pursuant to

28 U.S.C. § 1367, without prejudice to their presentation in state court.

                                                       /s/   Thomas D. Schroeder
                                                United States District Judge

January 5, 2022